United States Bankruptcy Court
Southern District of Mississippi

In re:  
Archie Junior Ricks  
    Debtor

Case No. 23-02935-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2  
Date Rcvd: Jun 06, 2025      Form ID: ntcdsm      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Archie Junior Ricks, 1833 Highway 25 N, Carthage, MS 39051-8844 |
| 5314806 | | Power Plan, P.O. Box 650215, Dallas, TX 75265-0215 |
| 5314808 | | St. Dominic, PO Box 24056, Jackson, MS 39225-4056 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: USDARHS.COM | Jun 06 2025 23:28:00 | USDA, PO BOX 66879, ST LOUIS, MO 63166-6879 |
| cr | + | EDI: USDARHS.COM | Jun 06 2025 23:28:00 | USDA - Rural Housing Service Centralized Servicing, P.O. Box 66879, St. Louis, MO 63166-6879 |
| 5318261 | | Email/Text: litbkcourtmail@johndeere.com | Jun 06 2025 19:25:00 | Deere & Company dba John Deere Financial, PO BOX 6600, Johnston, IA 50131 |
| 5318239 | | Email/Text: litbkcourtmail@johndeere.com | Jun 06 2025 19:25:00 | John Deere Construction & Forestry Company, PO Box 6600, Johnston, IA 50131 |
| 5314804 | ^ | MEBN | Jun 06 2025 19:24:21 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265-0215 |
| 5314805 | + | EDI: AGFINANCE.COM | Jun 06 2025 23:28:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5317942 | | EDI: AGFINANCE.COM | Jun 06 2025 23:28:00 | OneMain Financial Group, LLC as servicer, for OneMain Financial Issuance Trust, 2023-2, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5314807 | | Email/Text: bankruptcy@republicfinance.com | Jun 06 2025 19:25:00 | Republic Finance, 59 Veterans Memorial, Kosciusko, MS 39090 |
| 5320815 | | Email/Text: bankruptcy@republicfinance.com | Jun 06 2025 19:25:00 | Republic Finance, Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5314809 | ^ | MEBN | Jun 06 2025 19:24:13 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5314811 | + | Email/Text: ebone.woods@usdoj.gov | Jun 06 2025 19:25:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5314810 | + | EDI: USDARHS.COM | Jun 06 2025 23:28:00 | United States of America, United States Department, of Agriculture, Rural Housing Service, Centralized Servicing Center, Po Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 12

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2025 | Form ID: ntcdsm | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | USDA - Rural Housing Service, Centralized Servicing Center |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025                     Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Archie Junior Ricks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−02935−JAW
Chapter: 13

In re:
   Archie Junior Ricks
   1833 Highway 25 N
   Carthage, MS 39051

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−9793

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 6, 2025.

Dated: 6/6/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600