**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Archie Junior Ricks, Debtor                    Case No. 23-02935-JAW
                                                                                    CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,796.00 | $363.10 | $3,159.10 | 27 | 02/22/2024 |
| $864.00 | $16.39 | $880.39 | 34 | 5/31/2024 |
| $1,550.00 | $11.09 | $1,561.09 | 53 | 11/04/2024 |
| $772.50 | $16.94 | $789.44 | n/a | n/a |
| $5,982.50 | $407.52 | $6,390.02 | | |



# INVOICE

Invoice # 5870
Date: 01/23/2024
Due On: 02/22/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Archie Junior Ricks
1833 highway 25 N
carthage, MS 39051

### 05192-Ricks Archie Junior

## Ch 13 hourly - Archie Ricks - $2000 held in trust

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 12/18/2023 | Contact Debtor: Reviewed credit report and selected debts to import/exclude; prepared credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | TR | 12/18/2023 | Initial meeting w/ client to discuss facts of the case and a plan for filing - will pursue a ch13 | 1.10 | $350.00 | $385.00 |
| Expense | TR | 12/18/2023 | Reimbursable expenses: Credit Report | 1.00 | $37.00 | $37.00 |
| Service | BM | 12/19/2023 | Review and organize documents provided by debtor: Information packet | 0.20 | $100.00 | $20.00 |
| Service | JAC | 12/20/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.90 | $350.00 | $315.00 |
| Service | TR | 12/20/2023 | Conference w/ client to review and revise petition, schedules, statements and Plan | 0.90 | $350.00 | $315.00 |
| Service | JAC | 12/20/2023 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $350.00 | $140.00 |
| Service | KR | 12/20/2023 | Contact Debtor: Drafted text with the debtor's chapter 13 case number | 0.10 | $150.00 | $15.00 |

Invoice # 5870 - 01/23/2024

| Service | TR | 12/20/2023 | Review: 23-02935-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|---|
| Expense | TR | 12/20/2023 | Reimbursable expenses: Filing Fee | 1.00 | $313.00 | $313.00 |
| Service | JAC | 12/21/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice: Mail Plan | 0.30 | $350.00 | $105.00 |
| Service | KR | 12/21/2023 | Contact Debtor: Telephone conference with debtor about the information on what to do/ expect after filing along with his plan payment information that we need to get to him; he would like it mailed; drafted letter since no email address to mail | 0.20 | $150.00 | $30.00 |
| Service | JC | 12/21/2023 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $150.00 | $15.00 |
| Expense | BB | 12/21/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $13.10 | $13.10 |
| Service | JC | 12/21/2023 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | BB | 12/22/2023 | Contact Debtor: Drafted text to debtor informing them of their meeting of creditors at our Jackson office. Added appointment to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/26/2023 | Review: 23-02935-JAW Order Upon Debtor Directing Payments to Trustee Document #12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/02/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/03/2024 | Review and organize documents provided by debtor: Reviewed schedules for bank accounts and income; reviewed the bank statements for 2 accounts, taxes, pay advices, identification and social security card; created list of missing bank statements, pay and identification missing; called debtor could not leave a message; drafted text requesting the missing documents | 0.30 | $155.00 | $46.50 |
| Service | KR | 01/03/2024 | Contact Debtor: Telephone conference with debtor about the missing pay advices, bank statements and social security card needed for the Meeting of Creditors; he just received his social security card and will work on the pay advices and bank | 0.10 | $155.00 | $15.50 |

| | | | statments | | | |
|---|---|---|---|---|---|---|
| Service | KR | 01/04/2024 | Contact Debtor: Telephone conference with debtor; he should have the missing social security card, the pay advices and the bank statements in the next couple of days | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/04/2024 | Reviewed email from Sara at the Trustee's office about the Meeting of Creditors document; drafted email to Sara office letting her know that I am waiting for the social security card, bank statement and pay advices which he should drop off no later than Monday; explained I can upload what I have if she would like. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW John Deere Construction & Forestry Company Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW John Deere Construction & Forestry Company Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW John Deere Construction & Forestry Company Document # 4 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW Deere & Company dba John Deere Financial Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW OneMain Financial Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW John Deere Construction & Forestry Company Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/08/2024 | Review: Proof of Claim 23-02935-JAW John Deere Construction & Forestry Company Document # 7 | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/08/2024 | Review and organize documents provided by debtor: Reviewed bank, pay, and social security documents needed for filing. Merged and organized documents in client documents file. | 0.30 | $100.00 | $30.00 |
| Service | KR | 01/08/2024 | Review and organize documents provided by debtor: Received the missing bank statements for 2 accounts, social security card, and missing pay advices; organized and prepared the taxes, the drivers license, social security card, the statements for 2 accounts and the pay advices for upload to the Trustee's website for the Meeting of | 0.30 | $155.00 | $46.50 |

Invoice # 5870 - 01/23/2024

| | | | Creditors | | | |
|---|---|---|---|---|---|---|
| Service | KR | 01/08/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/09/2024 | Amend Plan - update amount owed on all John Deere claims & ONe Main based on filed claims with the Court | 0.30 | $360.00 | $108.00 |
| Service | KR | 01/10/2024 | Reviewed email from Dollar Wise with the debtor's 2nd credit counseling course and the B423 form | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/11/2024 | Drafted B423 form since the debtor has completed the 2nd credit counseling course | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/12/2024 | Prepared the B423 form for upload to the court for the completing the Financial Management course | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/12/2024 | Review: Proof of Claim 23-02935-JAW Republic Finance, LLC Document # 8 | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/16/2024 | Prepare modified plan for Δ to review & sign | 0.10 | $360.00 | $36.00 |
| Service | BB | 01/16/2024 | Contact Debtor: Phone conference with debtor asking for kr. Drafted memo to kr. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/17/2024 | Contact Debtor: Telephone conference with debtor; scheduled and appointment time for Monday in Jackson to sign the modified plan | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/19/2024 | Reviewed court docket to see if the Meeting of Creditors has been rescheduled since the debtor has requested the date; no meeting has been rescheduled | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/22/2024 | Reviewed the Modified Plan signed by debtor | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/23/2024 | Prepare Notice of modified plan. Prepare modified plan for filing with the court. | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/23/2024 | Review: 23-02935-JAW Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document #18 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/23/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|

| Jennifer Curry Calvillo | Attorney | 0.6 | $360.00 | $216.00 |
| Jennifer Curry Calvillo | Attorney | 1.6 | $350.00 | $560.00 |
| Thomas Rollins | Attorney | 2.2 | $360.00 | $792.00 |
| Thomas Rollins | Attorney | 2.3 | $350.00 | $805.00 |
| Brooke Brueland | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Jacki Curry | Non-Attorney | 0.2 | $150.00 | $30.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 1.6 | $155.00 | $248.00 |
| Kerri Rodabough | Non-Attorney | 0.5 | $150.00 | $75.00 |
| | | | **Total** | **$3,159.10** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5870 | 02/22/2024 | $3,159.10 | $0.00 | $3,159.10 |
| | | | **Outstanding Balance** | **$3,159.10** |
| | | | **Total Amount Outstanding** | **$3,159.10** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6459
Date: 05/28/2024
Due On: 06/27/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Archie Junior Ricks
1833 highway 25 N
carthage, MS 39051

### 05192-Ricks Archie Junior

## Ch 13 hourly - Archie Ricks - $2000 held in trust

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 01/23/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/23/2024 | Review and prepare certificate of service, notice of modified plan to file with the Court | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/23/2024 | Reviewed and prepared the Notice for the Application for Compensation and the invoice for upload to certificate of service | 0.10 | $155.00 | $15.50 |
| Expense | BB | 01/23/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $16.39 | $16.39 |
| Service | KR | 01/23/2024 | Received and reviewed the declaration of mailing from certificate of service; prepared the motion for application for compensation, the proposed order, the invoice and the 21 day notice with the declaration of mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BM | 01/23/2024 | Phone call to debtor to inform him of Meeting of Creditors date and time. Scheduled him to attend meeting at Jackson office. | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/24/2024 | Review file and draft email to John Deere (Cheryll) regarding insurance coverage of the John Deere collateral | 0.30 | $360.00 | $108.00 |
| Service | TR | 01/26/2024 | Review email from John Deere re: end term of insurance on equiptment | 0.10 | $360.00 | $36.00 |

| Service | TR | 01/26/2024 | Call client to update him on insurance terms ending in in 2025-2026 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 01/28/2024 | Review: 23-02935-JAW Amended Order Upon Debtor Directing Payments to Trustee Document #24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/28/2024 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/08/2024 | Review and sign confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/20/2024 | Attend Ch 13 Meeting of Creditors | 0.50 | $360.00 | $180.00 |
| Service | TR | 02/23/2024 | Review: 23-02935-JAW Order on Application for Compensation Document #27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/19/2024 | Review docket prior to Confirmation Hearing 3/25/2024 - no issues found | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/19/2024 | Reviewed letter from USDA about an assistant program that the debtor requested information on; saved in clio for our records since it stated if we had questions to reach out to the debtor | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/29/2024 | Review: 23-02935-JAW Order Confirming Chapter 13 Plan Document #30 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/24/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| | Thomas Rollins | Attorney | 2.0 | $360.00 | $720.00 |
| | Breanne McDaniel | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 0.4 | $155.00 | $62.00 |
| | | | | **Total** | **$880.39** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| | | | | |

Invoice # 6459 - 05/28/2024

| 5870 | 02/22/2024 | $3,159.10 | $0.00 | $3,159.10 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 6459 | 06/27/2024 | $880.39 | $0.00 | $880.39 |
| | | | **Outstanding Balance** | **$4,039.49** |
| | | | **Total Amount Outstanding** | **$4,039.49** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7015
Date: 10/01/2024
Due On: 10/31/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Archie Junior Ricks

## 05192-Ricks Archie Junior

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 05/28/2024 | Drafted and reviewed invoice for attorney and expense fees; reviewed court docket for orders on Application for Compensations; drafted 2nd Application for Compensation; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/29/2024 | Review and revise fee application drafted by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/29/2024 | Reviewed email memo from TR re: Application for Compensation; prepared the 2nd Application for Compensation, the invoice and the Propose Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/31/2024 | Review: 23-02935-JAW Order on Application for Compensation Document #34 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/14/2024 | Review: 23-02935-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/14/2024 | Drafted Motion to Dismiss letter | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/14/2024 | Call Debtor: Telephone conference with debtor about the Motion to Dismiss that was filed by the Trustee; reviewed the Motion to Dismiss for the delinquency and informed debtor of the amount; reviewed the Trustee's website to explain how he became over $23,000 behind; he stated that the mill has been slow and they are not | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | getting the hours anymore; he will send in $2500 today and then will send in another payment next week when he gets paid | | | |
| Service | KR | 06/21/2024 | Incoming Call: Telephone conference with debtor about the payment that he made and the payment that he will be making tomorrow; he will make another payment next week and will call to provide the amount when he gets paid | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/24/2024 | Call Debtor: Reviewed message from debtor requesting a call back; telephone conference with debtor about the letter he received over the weekend about the Motion to Dismiss; explained that is what we have been addressing and to continue to send in payments towards the delinquency so we can file a response | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/03/2024 | Drafted response per the Motion to Dismiss; drafted email memo to TR re: review response | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/03/2024 | Call Debtor: Telephone conference with debtor stating that he will not be able to make payments for two weeks due to mechanical problems at work | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/03/2024 | Review and respond to email memo from KR re: MTD and Δs options to save case | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/03/2024 | Call Debtor: Reviewed email memo from TR re: response; telephone conference with debtor informing him we could lower but not by much due to the equipment he owns; he informed he could surrender the 648 Skidder; he will overnight his paystubs; reviewed the expense sheet with debtor for total of expenses per month since he does not have an email address | 0.40 | $155.00 | $62.00 |
| Service | TR | 07/03/2024 | Review and respond to email memo from KR about potential plan modification to surrender collateral | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/03/2024 | Review email from Attorney: Reviewed email memo from TR re: response; prepared the Response per the Motion to Dismiss filed by the Trustee for non payment | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/05/2024 | Call Debtor: Telephone conference with debtor about the paystubs needed to analyze to surrender the Skidder and lower his plan payment | 0.10 | $155.00 | $15.50 |

| Service | KR | 07/08/2024 | Incoming Call: Telephone conference with debtor; he wanted me to know that he can also surrender the 280 D Loader; he has overnighted the paystubs on Friday as well; drafted memo to VM | 0.20 | $155.00 | $31.00 |
|---|---|---|---|---|---|---|
| Service | VM | 07/08/2024 | Incoming Call: Debtor called to speak with KR, she was unavailable so I took a message | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/09/2024 | Reviewed paystubs from debtor; merged with updated documents in clio; created task for JAC to analyze to lower payments | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/10/2024 | Review income submitted by debtor - calculate average. Update expenses on J. Need P/L statements for ∆s business. Sent task to KR to get P/L statements | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/10/2024 | Call Debtor: Telephone conference with debtor; reviewed the totals we need for the Profit/Loss statements since he can not receive emails, or pictures through text; he will get his totals together and let me know tomorrow so we can fill out together. | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/10/2024 | Review and respond to TT email re: settling TT MTD | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/11/2024 | Call Debtor: Telephone conference with debtor; he did not have the profit/loss amounts for each month but combined them; he will have to separate the months and will call me back to provide the monthly totals so we analyze to surrender the machinery and lower payment | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/12/2024 | Review: 23-02935-JAW Order Setting, Resetting, or Continuing a Hearing Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/12/2024 | Incoming Call: Telephone conference with debtor; provided me the amounts for the Profit/Loss sheets since no printer and no email address; merged with existing updated documents to analyze to surrender machinery and lower payments since a motion to dismiss has been filed | 0.30 | $155.00 | $46.50 |
| Service | JAC | 07/19/2024 | review task re: ∆s current income. Plan not feasible with current income, sent task to KR to get with TR on any other options available for ∆ | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/22/2024 | Review file - call w/ client to discuss MTD and amending plan | 0.30 | $360.00 | $108.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/22/2024 | Call w/ Josh Lawhorn to discuss settling MTD | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/24/2024 | Reviewed Plan, previous task, and Proof of Claims filed by John Deere; drafted Motion to Modify plan to surrender the 280 D Loader and the 648 K Skidder; drafted email memo to TR re:review Motion to Modify | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/24/2024 | Review and approve motion to modify drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/25/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Modify; prepare the Notice and the Motion to Modify for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/25/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Modify Plan and the Order with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/26/2024 | Review: 23-02935-JAW Response Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/29/2024 | Review: 23-02935-JAW Hearing Set Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/29/2024 | Review: 23-02935-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/28/2024 | Review file and draft email to Josh Lawhorn re: Motion to Modify hearing | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/30/2024 | Review and sign proposed AO via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/04/2024 | Review: 23-02935-JAW Order on Motion to Modify Plan Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/05/2024 | Review email from creditor re: picking up surrendered collateral - send instructions to KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/05/2024 | Call Debtor: Reviewed email memo from TR re: John Deer Equipment; telephone conference with debtor about the equipment he is surrendering; he would like the creditor to contact him to arrange for pickup; | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2024 | Drafted email to John Deere informing them that the debtor would like them to reach out to him to arrange for pick up on the equipment he is surrendering; provided contact number as well | 0.10 | $155.00 | $15.50 |

Invoice # 7015 - 10/01/2024

| Service | TR | 09/06/2024 | Review: 23-02935-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 47 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 09/30/2024 | review and revise itemizations | 0.20 | $360.00 | $72.00 |
| | | | **Services Subtotal** | | | **$1,550.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $11.09 | $11.09 |
| | | **Expenses Subtotal** | | | **$11.09** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| | Thomas Rollins | Attorney | 2.4 | $360.00 | $864.00 |
| | Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Breanne McDaniel | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 3.6 | $155.00 | $558.00 |
| | | | | **Subtotal** | **$1,561.09** |
| | | | | **Total** | **$1,561.09** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5870 | 02/22/2024 | $3,159.10 | $0.00 | $3,159.10 |
| 6459 | 06/27/2024 | $880.39 | $0.00 | $880.39 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7015 | 10/31/2024 | $1,561.09 | $0.00 | $1,561.09 |

23-09955-JAW Doc 6501 Filed 06/26/24 Entered 06/26/24 15:23:05 Page 15 of 69

|  |  |  |
|---|---|---|
| **Outstanding Balance** | | **$5,600.58** |
| **Total Amount Outstanding** | | **$5,600.58** |

23-09955-JAW Doc 6501 Filed 06/26/24 Entered 06/26/24 15:23:05 Page 15 of 69



# INVOICE

Invoice # 8024
Date: 06/24/2025
Due On: 07/24/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Archie Junior Ricks

## 05192-Ricks Archie Junior

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 10/01/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted 3rd Application for Compensation, the Notice and the Proposed Order; drafted email memo to TR re: Review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/01/2024 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/01/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/01/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/16/2024 | Review: 23-02935-JAW Hearing Set Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/04/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing he does not need to attend the hearing this morning as it is a procedural | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | hearing. | | | |
| Service | TR | 11/05/2024 | Review: 23-02935-JAW Order on Application for Compensation Document# 53 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/11/2025 | Review: Proof of Claim 23-02935-JAW USDA Rural Development Document # 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/12/2025 | Review: 23-02935-JAW Notice of Mortgage Payment Change Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/01/2025 | Review: 23-02935-JAW Certificate of Service Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/01/2025 | Review: 23-02935-JAW Motion to Allow Late, Amended, or Supplemental Claim Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/01/2025 | Review: 23-02935-JAW Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/01/2025 | Review: 23-02935-JAW Docket Entry #57 has been updated Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/14/2025 | Drafted motion to dismiss due to non payment Letter and emailed to SA for mailing. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/15/2025 | Review: 23-02935-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/15/2025 | Call Debtor: Telephone conference with debtor about the delinquency and the Motion to Dismiss; his work has been slow and he will try to send in as much as he can towards the delinquency; will know more by the end of the month | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/27/2025 | Call Debtor: Telephone conference with debtor about the delinquency and payments; he has not been working but might be able to send something in next week but unsure; reviewed what happens if a case is dismissed | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/02/2025 | Call Debtor: Telephone conference with debtor about the delinquency and the Motion to Dismiss; he still has not been able to get any work due to the weather; reviewed the process of | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | refiling | | | |
| Service | JAC | 06/06/2025 | Review: 23-02935-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/06/2025 | Review: 23-02935-JAW Release of Wages Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/12/2025 | Reviewed court docket for all previous orders and invoices; reviewed the Trustee's website to verify the amount of attorney fees being paid out; drafted first part of lodestar and application | 0.70 | $155.00 | $108.50 |
| Service | JC | 06/23/2025 | Incoming Call: Telephone call from debtor requesting to speak with KR - not in yet; drafted e-mail to KR providing debtor's phone number for a call back regarding refiling chapter 13. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/23/2025 | Reviewed email memo from JC re: review for refile | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$772.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/01/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $16.94 | $16.94 |
| | | | **Expenses Subtotal** | | **$16.94** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.0 | $360.00 | $360.00 |
| Thomas Rollins | | Attorney | 0.3 | $360.00 | $108.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Kerri Rodabough | | Non-Attorney | 1.7 | $155.00 | $263.50 |
| | | | | **Subtotal** | **$789.44** |
| | | | | **Total** | **$789.44** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5870 | 02/22/2024 | $3,159.10 | $0.00 | $3,159.10 |
| 6459 | 06/27/2024 | $880.39 | $0.00 | $880.39 |
| 7015 | 10/31/2024 | $1,561.09 | $0.00 | $1,561.09 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8024 | 07/24/2025 | $789.44 | $0.00 | $789.44 |

| | |
|---|---|
| **Outstanding Balance** | **$6,390.02** |
| **Total Amount Outstanding** | **$6,390.02** |